McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA G. STONE,<br><br>            Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CASE NO. **2:05-CV-1042-KJM**<br><br>STIPULATION AND ORDER<br>REMANDING THE CASE AND<br>DIRECTING THE CLERK TO ENTER<br>JUDGMENT |

        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court as provided below, that the Commissioner has agreed to a

voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further

proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

        On remand, the ALJ will be directed to re-assess Plaintiff's residual functional capacity in

light of all record medical evidence, including Dr. Jordan's assessment of Plaintiff's limitations,

both exertional and non-exertional.  If appropriate, the ALJ will obtain expert vocational

evidence regarding Plaintiff's ability to work in the national economy.

        It is further stipulated that the Clerk shall enter a separate judgment, as provided for under

Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509

U.S. 292, 113 S. Ct. 2625 (1993).

        The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

1 │ authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic

2 │ Case Filing password, pursuant to Local Rule 7-131.

3 │ DATED: October 27, 2005

 /s/ Elizabeth L. Gade
Elizabeth L. Gade

Attorney for Plaintiff

6 │ DATED: October 27, 2005

McGREGOR W. SCOTT
United States Attorney

8 │ By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

10 │ Attorneys for Defendant

OF COUNSEL:
11 │ LUCILLE GONZALES MEIS
Chief Counsel, Region IX
12 │ PETER THOMPSON
Assistant Regional Counsel
13 │ United States Social Security Administration

15 │ _____ o0o_____

16 │ **ORDER**

18 │ **This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g)**

19 │ **for further proceedings consistent with the stipulation of the parties.  The prior**

20 │ **administrative decision is vacated and the Clerk of the Court is directed to enter**

**Judgment.**

21 │ **SO ORDERED.**

23 │ **DATED:  November 16, 2005.**

25 │ _____
UNITED STATES MAGISTRATE JUDGE

RE:      SANDRA G. STONE v. JO ANNE B. BARNHART, Case No. 2:05-CV-01042- KJM, STIPULATION AND ORDER STIPULATION REMANDING
THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; ORDER